DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY ANN REINA,**
Appellant,

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
Appellee.

No. 4D16-2392

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2013-CA-012804-XXXX-MB.

Eric H. Luckman of Eric H. Luckman, P.A., Delray Beach, for appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, JJ., and BUCHANAN, LAURIE E., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***